No. 109, Misc. GONZALES v. COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se.* *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 160, Misc. NEAL v. MAXWELL, WARDEN. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se.* *William B. Saxbe,* Attorney General of Ohio, and *William C. Baird,* Assistant Attorney General, for respondent.

No. 199, Misc. CRACHY v. WARDEN, STATE PRISON OF SOUTHERN MICHIGAN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Frank J. Kelley,* Attorney General of Michigan, and *James R. Ramsey,* Assistant Attorney General, for respondent.

No. 211, Misc. DAILEY v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. *George L. Russell, Jr.,* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Mathias J. DeVito,* Assistant Attorney General, for respondent.

No. 289, Misc. NEWMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 360, Misc. BERTSCH v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Clyde W. Woody* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Gilbert J. Peña* and *Allo B. Crow,* Assistant Attorneys General, for respondent.